961 A.2d 52

Reginald BROWN, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

No. 118 EM 2008.

Supreme Court of Pennsylvania.

Nov. 17, 2008.

## ORDER

PER CURIAM.

AND NOW, this 17th day of November, 2008, the Application for Leave to File Petition for Allowance of Appeal Out of Time is DENIED.

961 A.2d 52

Frank NELLOM, Petitioner

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Superintendent David Diguglielmo and Records Supervisor Thomas Rowlans of the State Correction Institution at Graterford, Respondents.

No. 135 EM 2008.

Supreme Court of Pennsylvania.

Nov. 17, 2008.

## ORDER

PER CURIAM.

AND NOW, this 17th day of November, 2008, the Petition for Extraordinary Relief is DENIED.